IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BENJAMIN WRIGHT, | : | |
| Petitioner | : | |
| v. | : | CASE NO. 7:05-CV-35 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | CASE NO. 7:03-CR-21 (HL) |
| Respondent | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 67) filed November 15, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the petitioner to the Magistrate Judge's Recommendation within the allotted time of ten days.

**SO ORDERED,** this the 7th day of December, 2005.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court