IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BENJAMIN WRIGHT,** : | |
| : | |
| Petitioner, : | |
| : | 7:03-CR-21 (HL) |
| v. : | 7:05-CV-35 (HL) |
| : | |
| **UNITED STATES OF AMERICA,** : | |

## ORDER

Before the Court is Petitioner's Motion to Alter or Amend Judgment (Doc. 72). For the reasons explained herein, Petitioner's Motion is granted. Pursuant to 28 U.S.C.§ 636(b), parties are allowed to file objections to a Magistrate Judge's Report and Recommendation within ten days after being served with a copy. In the present case, a copy of the Magistrate Judge's Recommendation was mailed on November 16, 2005. After three addition days are added pursuant to Rule 6(e) of the Federal Rules of Civil Procedure, because service was made through the mail, the deadline for filing objections was December 5, 2005. Petitioner's objections were received and filed on December 5, 2005. Therefore, because petitioner timely filed an objection to the Magistrate Judge's recommendation, the Court's Order, filed December 7, 2005, and the Judgment, filed December 8, 2005, are vacated.[1]

**SO ORDERED**, this the 10th day of January, 2006.

  s/   Hugh Lawson  

---

[1] Petitioner argues that his objections were filed on November 29, 2005 by operation of the mailbox rule. Because the date on which Petitioner's objections were entered on the docket is within the prescribed period, the Court need not address the issue.

**HUGH LAWSON, Judge**

scs