# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| BENJAMIN WRIGHT, | : | |
| Plaintiff, | : | |
| | : | CASE NO. 7:06-CV-68(HL) |
| vs. | : | 28 U.S.C. § 2255 |
| | : | CASE NO. 7:03-CR-21 |
| UNITED STATES OF AMERICA | : | |
| Respondent. | : | |

## ORDER

Before the Court is Petitioner Benjamin Wright's Motion for a Certificate of Appealability ("COA") (Doc. 123) from the Court's October 19, 2007, Order (Doc. 111), which accepted Magistrate Judge Faircloth's Recommendation (Doc. 104) that Petitioner's 28 U.S.C. § 2255 petition be denied.

Under §2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in Judge Faircloth's Report and Recommendation and this Court's October 19th Order, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2). Accordingly, the application for a COA is denied.

**SO ORDERED**, this the 24th day of January, 2008.

*/s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc