IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **BENJAMIN WRIGHT,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | Case No. 7:06-CV-68 |
| v. | : | 28 U.S.C. § 2255 |
| | : | Case No. 7:03-CR-21(HL) |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 147) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 59). The R&R recommends denying the Motion. Petitioner has filed an Objection (Doc. 148). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 28th day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

1