IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Criminal Action No. |
| BENJAMIN WRIGHT, | : | 7:03-CR-21(HL) |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Defendant has filed a Motion for Dismissal Without Prejudice (Doc. 149) of his Motion for Reconsideration[1] (Doc. 134). Defendant's Motion for Dismissal is granted and his Motion for Reconsideration is dismissed.

**SO ORDERED**, this the 28th day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

---

[1] The Motion for Reconsideration seeks reconsideration of this Court's Order (Doc. 133) denying his Motion to Reduce Sentence (Doc. 124).