IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BENJAMIN WRIGHT, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:06-CV-68 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO.: 7:03-CR-21 (HL) |
| Respondent | : | |
| | : | |

## ORDER

Before the Court is petitioner **BENJAMIN WRIGHT'S** notice of appeal and request for a certificate of appealability ("COA") from the Court's July 28, 2009 Order that adopted the United States Magistrate Judge's recommendation that petitioner's 28 U.S.C. § 2255 motion be denied. (R. at 147, 152, 155, 156). The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as a COA pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).

Under § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's recommendation and this Court's Order adopting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 1st day of October, 2009.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb