IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA  DIVISION

| | |
|---|---|
| BENJAMIN WRIGHT, | : |
| Petitioner | : |
| VS. | : |
| | :  CASE NO.  7:03-CR-21 (HL) |
| UNITED STATES OF AMERICA, | : |
| Respondent | : |

## ORDER

Before the Court is petitioner **BENJAMIN WRIGHT'S** motion for leave to proceed *in forma pauperis* on appeal (R. at 162).  In a previous Order, the Court denied petitioner's application for a certificate of appealability (R. at 160).  Accordingly, petitioner's motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 5th day of November, 2009.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb